IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02308-DME-MJW

ELAINE L. CHAO, SECRETARY OF LABOR, U.S. DEPARTMENT OF LABOR,

Plaintiff(s),

v.

RANDALL WILLIAM PERDUE, a/k/a RANDY PERDUE d/b/a RANDY PERDUE TRUCKING & FLAGSTONE SALES,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the plaintiff's Motion to Amend Caption (Docket No. 6) is granted, and the caption in this case is thus amended to reflect the full name of the defendant as RANDALL WILLIAM PERDUE.

Date: January 16, 2007