# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Michael J. Watanabe

**Civil Action No.** 06-cv-02308-DME-MJW          FTR

**Date:** February 2, 2007                        Shelley Moore, Deputy Clerk

ELAINE L. CHAO, Secretary of Labor, US            Edward O. Falkowski
Department of Labor,

                Plaintiff(s),

v.

RANDALL WILLIAM PERDUE d/b/a RANDY
PERDUE TRUCKING & FLAGSTONE SALES,

                Defendant(s).

## COURTROOM MINUTES / MINUTE ORDER

**STATUS CONFERENCE**

**Court in Session 8:30 a.m.**

Court calls case. Appearance of Plaintiff's counsel by telephone. Defendant Randy William Perdue has failed to appear.

A Clerk's Default (document 12) has been entered.

**ORDERED:** The Plaintiff's Motion to Vacate or Postpone Scheduling Conference (document 14) is GRANTED in that the scheduling conference is converted to a Status Conference, and Plaintiff's counsel has been allowed to appear by telephone.

**Court in recess 8:33 a.m.**
Total In-Court Time 0:03, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.